441 A.2d 451

Commonwealth v. Bowman, Appellant.

Argued December 4, 1980.  Janet W. Mason, Assistant Public Defender, for appellant;  Donald A. Mancini, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.